Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves similar in use to silk gloves and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47 C.A.D. 727), the claim of the plaintiff was sustained.

No. 66248.—Delarue & Co., Inc. *v.* United States, protest 60/29996 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

BEFORE THE THIRD DIVISION, DECEMBER 4, 1961

No. 66249.—United China & Glass Co. *v.* United States, protest 60/16324 (Boston).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of porcelain ware wall plaques similar in all material respects to those the subject of *United China & Glass Co.* v. *United States* (39 Cust. Ct. 167, C.D. 1920), the claim of the plaintiff was sustained.

No. 66250.—United China & Glass Co. *v.* United States, protest 60/31271 (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the correct count on the second invoice is 499 instead of 829 dozen pieces, the claim of the plaintiff was sustained.

No. 66251.—D. Hauser, Inc. *v.* United States, protest 61/254 (New York).